IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VERITY INSTRUMENTS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-07088 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

      This matter is set for hearing on February 2, 2007, on Defendant's motion to stay. The Court HEREBY ORDERS that Plaintiff's opposition shall be due by December 29, 2006. Defendant's reply shall be due by January 5, 2007.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: December 11, 2006

                                                 JEFFREY S. WHITE<br>
                                                 UNITED STATES DISTRICT JUDGE