UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERITY INSTRUMENTS, INC.,<br><br>Defendant. | Case No. C 06-07088 JSW<br><br>[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO STAY AND NOTICED HEARING DATE |

On this day the Court considered the parties' stipulated request for a modification to the briefing schedule and noticed hearing date in regard to defendant Verity's Motion to Stay.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiff Lam shall have until February 16, 2007 to file its opposition to defendant Verity's Motion to Stay;

2. Defendant Verity shall have until February 23, 2007 to file its reply to Lam's opposition; and

3. The hearing for the Motion to Stay shall be scheduled for March 16, 2007, until further notice by the Court.

SO ORDERED

Dated this __3rd__ Day of __January__, 200_7_.

_____
District Judge Jeffrey S. White