UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERITY INSTRUMENTS, INC.,<br><br>Defendant. | Case No. C 06-07088 JSW<br><br>[PROPOSED] ORDER MODIFYING (1) CASE MANAGEMENT CONFERENCE DATE AND (2) NOTICED HEARING DATE AND BRIEFING SCHEDULE FOR MOTION TO STAY |

On this day the Court considered the parties' stipulated request for a modification to (1) the Case Management Conference date, and (2) the hearing date and briefing schedule concerning defendant Verity's Motion to Stay.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Case Management Conference shall be held on May 18, 2007.

2. In regard to Verity's Motion to Stay,

   a. Plaintiff Lam shall have until April 27, 2007 to file its opposition to defendant Verity's Motion to Stay;

   b. Defendant Verity shall have until May 4, 2007 to file its reply to Lam's opposition; and

   c. The hearing for the Motion to Stay shall be scheduled for May 18, 2007, or until further notice by the Court.

SO ORDERED

Dated this 13 Day of March, 2007.

_____
District Judge Jeffrey S. White